IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PATRICIA G. BOWLIN, | 6:15-CV-01454-PK |
| Plaintiff, | ORDER |
| v. | |
| CAROLYN W. COLVIN,<br>Commissioner, Social Security<br>Administration, | |
| Defendant. | |

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#15) on August 18, 2016, in which he recommends the Court affirm the Commissioner's decision denying Plaintiff's application for supplemental security income benefits and dismiss this matter with prejudice.  Plaintiff filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In her Objections Plaintiff reiterates the arguments contained in her Opening Brief and Reply.  This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#15).  Accordingly, the Court **AFFIRMS** the decision of the Commissioner and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 21st day of September, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge